March 14, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

JOAN HARRIS, Appellant

NO. 14-13-00142-CV                V.

DOW CORNING CORPORATION, Appellee

_____

Today the Court heard appellant's motion to dismiss the appeal from the order signed by the court below on January 29, 2013. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Joan Harris.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.